IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:25-cv-00560

| | |
|---|---|
| SHONTRECE LEGGETT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC.,<br><br>　　　　Defendant | **CIRCLE K STORES, INC.'S NOTICE OF REMOVAL** |

　　　　Defendant Circle K Stores, Inc. ("Defendant") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. Defendant states the following in support of the removal:

　　　　1.　　Plaintiff commenced this action on November 5, 2024 against Defendant in the Mecklenburg County Superior Court, State of North Carolina, by filing a Complaint styled *Shontrece Leggett v. Circle K Stores, Inc.,* File No. 24CV051458-590 (the "State Court Action").

　　　　2.　　Plaintiff served Defendant with the Summons and Complaint on July 7, 2025 through its registered agent, Corporation Service Company.

　　　　3.　　Defendant files this Notice of Removal within thirty (30) days from service of process of the Summons and Complaint which sets forth claims for relief upon which this proceeding is based, pursuant to 28 U.S.C. § 1441 and 1446(b)(1).

　　　　4.　　All process, pleadings, and orders filed in the State Court action, which were served on Defendant are attached as Exhibit A.

　　　　5.　　Defendant has not yet filed an answer or other responsive pleading in the State Court Action. In filing this Notice of Removal, Defendant does not waive any defense or counterclaim they may have.

　　　　6.　　Plaintiff is a citizen and resident of Mecklenburg County, North Carolina.

7. Defendant is a Texas corporation with its principal place of business in Arizona.

8. Plaintiff is asserting a claim for negligence based on an alleged fall at a Circle K location in Charlotte, North Carolina. Plaintiff alleges that she suffered "severe and painful injuries to her person which injuries caused her great physical pain and mental anguish, and she is informed, believes and therefore alleges her injuries may be of permanent nature and she may continue to undergo great physical pain and mental anguish for the rest of her life." Based on this claim, and upon other information known to Defendant regarding Plaintiff's injuries, upon information and belief, Plaintiff's alleged damages are in excess of $75,000.00.

9. The District Courts of the United States have original jurisdiction of this action pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10. Service of this Notice of Removal is being made on the Plaintiff as shown by the attached certificate of service.

11. As required by 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will serve Plaintiff and file with the Onslow County Superior Court a Notice of Filing of Notice of Removal.

WHEREFORE, Defendant prays that this action be removed to this Court for all further proceedings, as though this action had originally been instituted in this Court. Defendant further requests that this Court assume jurisdiction over this action and proceed to a final determination thereof.

This the 30th day of July, 2025.

                              YOUNG MOORE AND HENDERSON, P.A.

                By:    /s/ Christopher A. Page
                         CHRISTOPHER A. PAGE
                         N.C. State Bar No.: 19600
                         MATTHEW C. BURKE
                         N.C. State Bar No.: 52053
                         3101 Glenwood Avenue, Suite 200
                         Raleigh, NC  27612
                         Ph:  919-782-6860
                         Fax:  919-782-6753
                         Email:  chris.page@youngmoorelaw.com
                         Email:  matthew.burke@youngmoorelaw.com
                         *Attorneys for Circle K Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the attorney listed below by U.S. mail:

David W. Gilpin, Esq.
Gilpin Law Offices, PLLC
126 North McDowell Street
Charlotte, NC 28204
Email: dgilpin@gilpin-law.com
*Attorney for Plaintiff*

This the 30th day of July, 2025.

YOUNG MOORE AND HENDERSON, P.A.

By: /s/ Christopher A. Page
CHRISTOPHER A. PAGE
N.C. State Bar No.: 19600
MATTHEW C. BURKE
N.C. State Bar No.: 52053
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: chris.page@youngmoorelaw.com
Email: matthew.burke@youngmoorelaw.com
*Attorneys for Circle K Stores, Inc.*